# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BOGUSLAW ROMANOWSKI & RENATA ROMANOWSKI  Case Number: 04-73290
2923 BUCKINGHAM DRIVE   SSN-xxx-xx-2935 & xxx-xx-4744
ROCKFORD, IL  61107

| | |
|---|---|
| Case filed on: | 6/28/2004 |
| Plan Confirmed on: | 10/29/2004 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $60,275.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY DAVID A AABY | 694.00 | 694.00 | 694.00 | 0.00 |
| | Total Legal | 694.00 | 694.00 | 694.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | BOGUSLAW ROMANOWSKI | 0.00 | 0.00 | 342.45 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 342.45 | 0.00 |
| 001 | US BANK/RETAIL PAYMENT SOLUTIONS | 3,575.00 | 3,575.00 | 3,575.00 | 199.29 |
| 002 | WASHINGTON MUTUAL BANK FA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Secured | 3,575.00 | 3,575.00 | 3,575.00 | 199.29 |
| 001 | US BANK/RETAIL PAYMENT SOLUTIONS | 2,980.49 | 2,980.49 | 2,980.49 | 0.00 |
| 004 | BECKET & LEE, LLP | 7,227.32 | 7,227.32 | 7,227.32 | 0.00 |
| 005 | ASPIRE VISA | 3,694.33 | 3,694.33 | 3,694.33 | 0.00 |
| 006 | BANK OF AMERICA | 3,952.70 | 3,952.70 | 3,952.70 | 0.00 |
| 007 | BANK ONE DELAWARE NA fka FIRST USA | 4,694.27 | 4,694.27 | 4,694.27 | 0.00 |
| 008 | CAPITAL ONE | 3,252.43 | 3,252.43 | 3,252.43 | 0.00 |
| 009 | RESURGENT CAPITAL SERVICES | 7,177.23 | 7,177.23 | 7,177.23 | 0.00 |
| 010 | RESURGENT CAPITAL SERVICES | 6,743.62 | 6,743.62 | 6,743.62 | 0.00 |
| 011 | RESURGENT CAPITAL SERVICES | 4,175.11 | 4,175.11 | 4,175.11 | 0.00 |
| 012 | RESURGENT CAPITAL SERVICES | 940.83 | 940.83 | 940.83 | 0.00 |
| 013 | DIRECT MERCHANTS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | DISCOVER FINANCIAL SERVICES | 6,810.82 | 6,810.82 | 6,810.82 | 0.00 |
| | Total Unsecured | 51,649.15 | 51,649.15 | 51,649.15 | 0.00 |
| | Grand Total: | 55,918.15 | 55,918.15 | 56,260.60 | 199.29 |

| | |
|---|---|
| Total Paid Claimant: | $56,459.89 |
| Trustee Allowance: | $3,815.11 |
| Percent Paid Unsecured: | 100.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
   Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  04/18/2008          By  /s/Heather M. Fagan